167 A.3d 644

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LLEWELYN JAMES (A/K/A LOUIS JAMES AND
LOU JAMES), DEFENDANT–PETITIONER.

May 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005248–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the sentencing court for reconsideration in light of *State v. Zuber,* 227 *N.J.* 422, 152 *A.*3d 197 (2017). Jurisdiction is not retained.